IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| MESH COMM, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 8:09-CV-01064-VMC-TGW |
| EKA SYSTEMS, INC.; and TAMP ELECTRIC COMPANY, | § § § § | |
| Defendants. | § § § § | |

## DECLARATION OF WILLIAM F. JUNG IN SUPPORT OF DEFENDANTS EKA SYSTEMS, INC.'S AND TAMPA ELECTRIC COMPANY'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE FOR A MORE DEFINITE STATEMENT

I, William F. Jung, declare as follows:

1. I am an attorney with the law firm Jung & Sisco, P.A., counsel of record for Eka Systems, Inc. and Tampa Electric Company, and am admitted to practice before this Court. I have personal knowledge of the facts alleged herein, or the information has been provided to me in the course of representation.

2. Attached hereto as Exhibit 1 is a true and correct copy of the opinion in *Quito Enters. v. Netflix, Inc.*, Case No. 08-23543-CIV-JORDAN (S.D. Fla.), dated August 4, 2009.

3. Attached hereto as Exhibit 2 is a true and correct copy of Eka Systems, Inc.'s product and services information obtained from www.ekasystems.com.

4. Attached hereto as Exhibit 3 is a true and correct copy of Tampa Electric Company's Frequently Asked Questions obtained from www.tampaelectric.com.

5.   Attached hereto as Exhibit 4 is a true and correct copy of a press release entitled "Eka Systems and Tampa Electric Company Launch AMI Smart Network Pilot," dated April 28, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on August 10, 2009 at Tampa, Florida.

*s/ William F. Jung*
William F. Jung