# Exhibit 2



**eka systems**

Smart Networks. Smart Grid.™

| ABOUT Eka | SOLUTIONS | PRODUCTS | EkaNet™ | INFO CENTER |

Management Investors Partners Careers
Why Eka Advanced Metering Advanced Mobile Submetering

Electric Water Gas
Scalability Reliability Network Management Security
News White Papers Case Studies Literature Events

## Products



> **Nodes**                              ▶
Electric Water Gas
> Gateways
> Software
> Tools



## Products

### Smart Network Solutions for Utilities, OEMs and Systems Integrators

EkaNet products don't compromise when it comes to a highly automated Smart Network
Utilities.

EkaNet products are engineered to enable fast design, development, and deployment o
market using proven and rigorously field-tested, wireless mesh networking technology. 
product family includes **EkaNet Nodes, Wireless Gateways, EkaNet Software, and E**

A truly self-organizing system, an EkaNet Smart Network can be integrated with a variet


**Nodes**


**Gateways**


**Software**

About Eka | Solutions | Products | EkaNet | Info Center | Customer Support | Contact Us                    © 2009 E



## Products

> Nodes

### Electric Water Gas

> Gateways
> Software
> Tools



## EkaNet Smart Network Meter Nodes

### Helps Build Residential, Commercial and Industrial Smart Network Me



Working with equipment from major manufacturers such as Itron, GE, Landis+Gyr, Sens Wireless Nodes build the best self-organizing wireless mesh networks for electricity, wat Eka Systems supports legacy and standards based application protocols at the Node to

EkaNet "under-the-glass" solutions are perfect for electric utility companies' commercial residential AMI/AMR applications. As external modules, EkaNet Nodes are also designe Networking applications.

EkaNet Meter Nodes offer remote setup and configuration capabilities and provide acce communications capabilities. They provide reliable bidirectional communication and sea Nodes - electric, gas and water.

### Key Features

    Fits under the glass or as an external module

    Compatible with legacy and standards-based
    communication protocols

    Interval data recording and local data storage

    On- demand reads, resets, controls and
    management

    Battery powered Nodes for water and gas

## Products



> Nodes

### Electric Water Gas

> Gateways
> Software
> Tools



# EkaNet Wireless Gateways

**Supports Multiple Meter Types on Same Network**



Ideal for AMI and Smart Grid applications covering monitoring, automation, and control a Gateway is a fully bidirectional gateway between the back office network and the local E The EkaNet Gateway is compatible with standard communication protocols and support (electric, water, gas) in the Smart Network application.

The Gateway provides simple remote configuration of EkaNet wireless endpoints and is

## Products



Nodes ›

Electric Water Gas

Gateways ›
Software ›
Tools ›



## EkaNet Wireless Gateways



### Supports Multiple Meter Types on Same Network



Ideal for AMI and Smart Grid applications covering monitoring, automation, and control
Gateway is a fully bidirectional gateway between the back office network and the local E
The EkaNet Gateway is compatible with standard communication protocols and support
(electric, water, gas) in the Smart Network application.

The Gateway provides simple remote configuration of EkaNet wireless endpoints and is



## Products

| Nodes |
| Electric Water Gas |
| Gateways |
| Software |
| Tools |

# EkaNet Network Manager

**Easy-to-Use Software Tool for Managing Your Smart Network**



The EkaNet Network Manager is an easy-to-use tool for setting up, configuring, and mo Smart Network and its Wireless Nodes. The Network Manager software enables seaml transport, and SQL database storage of data from the meters in your EkaNet Smart Net EkaNet Network Manager also has a host of tools that manage wireless Node configura security, data access privileges, and collection intervals.

### Key Features

Provides a simple way to connect wireless Nodes to the wireless Gateway

Easily sets programmable parameters on any wireless EkaNet Nodes

Configures network maintenance alarms

Configures wireless network security

Adds/removes Nodes on the wireless Smart Network

# EkaNet Data Manager

**Real-Time Data Reading And Reporting Capabilities Critical For AMI S**

EkaNet Data Manager further leverages the powerful EkaNet Network Manager platform

**Products**



Electric Water Gas

## EkaNet Node for Gas Meters



EkaNet Gas Nodes are a direct mount, battery powered endpoint for new and legacy re:
extension of the EkaNet mesh network established on electricity meters, Gas Nodes allo
communications with gas meters, incorporating gas applications into Eka's AMI solution
report intervals, and alarm thresholds, is available during deployment or remotely.

EkaNet Gas Nodes are ideal for new deployments or retrofits and are compatible with tr
Elster (American /Canadian), Sensus (Invensys / Rockwell / Equimeter), and Actaris (Sc

**Key Features**

Compatible with an extensive range of meter technologies

Remotely configurable reads, reports & alarms

Continuous reads, no routes

More time to manage your utility, not your network

Smarter information, operations and service

**Key Features**

Highly secure authentication, key generation & encryption with all Nodes

Operates in the 902-928 MHz license free band

Automatic network acquisition & time synchronization



## Products

> Nodes                                    ▸

Electric Water Gas

> Gateways

> Software

> Tools

## Tools

**Powerful Support Tools for Smart Network Deployments and Maintena**





The EkaNet Wireless Network Field Tool suite consists of three independent application team to install, configure, and maintain an EkaNet mesh network consisting of electric, v

The ***EkaNet Surveyor*** is used for site surveys. The site survey is the process of establishing that wireless connectivity is available at various points and links in the network. It can also be used to plan the location of the relay nodes.

The ***Gateway Maintenance Manager*** is used for gateway diagnostics and maintenance.

The ***Node Maintenance Manager*** is used for Node diagnostics maintenance and installation configuration. These tools allow users to set up and configure wireless Smart Networks. They permit fault identification and diagnostics, problem correction, and data recovery from failed Nodes.



**EkaNet**
> Scalability
> Reliability
> Network Management
> Security

# EkaNet

EkaNet Smart Networks expand the technology of utility operation by introducing self-m... networks, smart meters, and Home Area Networking. EkaNet-enabled meters and devic... with the utility, providing data and control such as: detailed usage data, TOU pricing, re... access, etc. Such capabilities enable customers with the precise data for tailoring cons... expenses, while helping balance overall network demand. Utilities value these EkaNet c... forecast and manage energy usage during peak demand periods and also as essential t... efficiencies to boost bottom line performance.

**Click Here for an Overview of the EkaNet Smart Network**

# EkaNet - The Industry's Definitive AMI Smart N

In the case of electrical utilities, EkaNet Smart Networks provide a proactive response t... for customer calls to determine the extent of an outage, EkaNet-based AMI solutions pr... of affected service areas, and prompt data to analyze and isolate the root cause of a fa... usage, EkaNet Smart Networks can also be equipped to identify power quality problems... short duration interruptions and other power issues. This critical system performance inf... own early warning system. Planners and system engineers will be better positioned to p... electrical system maintenance issues before they become customer complaints.



EkaNet Smart Networks:

• No managed hierarchical architecture

• No hard limitation on number of Nodes per Gateway

### Near real-time network means speed and efficiency

EkaNet technology greatly reduces the latency present in other wireless network solutio
demand reads, outage notifications, and other applications. In addition, EkaNet technolc
air" upgrades that are self-spreading to increase efficiency and dramatically lower opera

### IPv6-compliant network

EkaNet networking supports IPv6 standards, which offer expanded IP address space, a

**DATASHEETS**

**EkaNet Smart Networks for AMI and the Smart Grid**

About Eka | Solutions | Products | EkaNet | Info Center | Customer Support | Contact Us                    © 2009 E

## Products



> Nodes ▶

## Electric Water Gas

> Gateways
> Software
> Tools



## EkaNet Water Nodes

EkaNet Water Nodes are battery powered endpoints for encoded and pulse register wat to a nearby EkaNet Electric Meter Node that is part of a fixed EkaNet AMI network. Onc Node, a Water Node extends two-way communications to the attached water meter thus into the overall EkaNet AMI solution.

Flexible in their user-programmable capabilities, EkaNet Water Nodes allow utilities to c meter's read and report intervals during installation and any time thereafter. Supporting applications, EkaNet Water Nodes are suitable for new deployments as well as retrofits.

### Key Benefits

Increased speed of meter readings – no routes

Remotely configurable reads, reports & alarms

No removing meter lids or pumping pits to read

Increased accuracy of meter readings

Safer meter reading procedure

Compatible with an extensive range of meter technologies

More time to manage your utility, not your network

Smarter information, operations and service



## Products

> Nodes

## Electric Water Gas

> Gateways
> Software
> Tools



## EkaNet Electric Nodes

### Intelligent Building Blocks for Smart Network AMI Solutions

Working with equipment from major manufacturers such as, Elster, GE, Itron, Landis+G
Electric Nodes build the best self-organizing wireless mesh networks for electric meterin
Electric Nodes are truly plug-and-play and support a broad range of residential, commer
domestically and internationally.

EkaNet "under-the-glass" solutions are perfect for electric utility companies' commercial
residential AMI/AMR, and sub-metering applications. EkaNet Electrical Nodes offer rem
capabilities and provide access to all meter functions and communications capabilities.
communications and highly secure wireless mesh networking with all EkaNet Nodes –el

#### True Smart Mesh Networking

**No** limitation on number of hops

**No** network address required for Nodes

**No** managed hierarchical network architecture

Nodes can route from and to **any** other node

Nodes can reach any Gateway

#### Key Benefits

Rapid Return on Investment - Reduces traditional IT costs for faster ROI

Ease of Implementation and Operation - Self-managing, self-healing
architecture to handle complex data demands and massive scale

Increased Value of Your Data - Near real-time meter reading access to meter
information - kWh, demand, power factor, harmonics, etc.

**DATASHEETS**

#### Americas:

**EkaNet Node for the Elster A3 ALPHA Meter (EKA-1100-13)**
**EkaNet Node for the GE kV2c Meter (EKA-1100-26)**
**EkaNet Node for the Landis + Gyr FOCUS AL Meter (EKA-1100-41)**
**EkaNet Node for the Landis + Gyr FOCUS AX-SD (EKA-1100-43)**

#### International:

**Energochouet ECR-2400**
**Energomera CE-102**