# Exhibit 3



This is a printer-friendly format. The navigation and other graphical elements have been removed.

## Frequently Asked Question

**Q.** What are automated meters or AMR?

**A.** Automated meters are electrical meters that allow for reading of the meter remotely using advanced communications technology. It is commonly referred to as AMR (Automatic Meter Reading).

Please note TECO Energy's privacy policy and legal notices.
Copyright © 2009 TECO Energy. All rights reserved.



This is a printer-friendly format. The navigation and other graphical elements have been removed.

## Frequently Asked Question

**Q.** How do automated meters work?

**A.** Using automated meters involves using special meters that record consumption and then transmit the information to remote data collectors. Several different types of technology is available, Tampa Electric is using a transmitter and receiver that use radio frequencies.

Please note TECO Energy's privacy policy and legal notices.
Copyright © 2009 TECO Energy. All rights reserved.



This is a printer-friendly format. The navigation and other graphical elements have been removed.

## Frequently Asked Question

**Q.** What areas will AMR be installed?

**A.** Tampa Electric has completed the installation of residential AMR meters in the Dade City, San Antonio, Saint Leo and other Pasco County areas. We are also currently moving into the greater Hillsborough County areas and Plant City. This multi-year project will involve installations over the entire service area.

Please note TECO Energy's privacy policy and legal notices.
Copyright © 2009 TECO Energy. All rights reserved.



This is a printer-friendly format. The navigation and other graphical elements have been removed.

## Frequently Asked Question

**Q.** Who will be installing my new meter?

**A.** Tampa Electric employees will perform all new meter installations. All employees will carry photo identification.

Please note TECO Energy's privacy policy and legal notices.
Copyright © 2009 TECO Energy. All rights reserved.