# Exhibit 4



**PRESS RELEASE**

**For Immediate Release**

**Contacts:** Lendon Ellis                                    Rick Morera
Vice President Sales                          Sr. Media Spokesperson
Eka Systems                                   Tampa Electric Co.
lendon.ellis@ekasystems.com                   rjmorera@tecoenergy.com
(910) 512-5496                                (813) 228-4945

## Eka Systems and Tampa Electric Company
## Launch AMI Smart Network Pilot

### *Partnership Enables End-To-End Solutions for Smart Network Metering*

Germantown, MD and Tampa, FL - April 28, 2008 - Eka Systems, a global provider of Advanced Metering Infrastructure (AMI), Advanced Meter Reading (AMR), and Smart Grid solutions for electric, gas and water utilities, today announced the successful AMI pilot installation at Tampa Electric Company designed to serve multi-family residential customer sites.

The AMI program will evaluate operational improvements and wireless infrastructure performance in extreme, hard to read locations such as commercial luxury residential hi-rise, cement buildings built to new hurricane construction standards. Before the AMI Smart Network, walk-by meter reading would entail traveling up and down elevators, and often getting off at individual floors to read meter signals. With the new **EkaNet™ Smart Network**, electric meters in both buildings communicate through a secure self-forming, self-healing mesh architecture consisting of EkaNet wireless meter Nodes and wireless Gateways. The consolidated readings are gathered at an EkaNet Gateway, which transmits usage data to EkaNet Network Manager. Once downloaded, detailed data analysis will be performed using EkaNet Data Manager before export to the utility's billing system.

"The people at EKA have been great to work with on this pilot," commented Karen Lewis, Director, Meter, Lighting and Fleet Services. "The remote meter reading nodes are operating as planned and are consistently reporting back meter data."

"We're pleased to be partnering with Tampa Electric in this AMI solution and its new capabilities afforded to them and their customers. The EkaNet Smart AMI Network is a proven wireless mesh network providing reliable two-way communication and control, data transport, comprehensive security, scalability and self-management of meters," remarked Prakash Chakravarthi, **President &** CEO of Eka Systems. "It uses an automated, highly efficient communications process that minimizes IT requirements and recurring costs. "

The EkaNet Smart AMI solution was provisioned with minimal Installation effort and tools and rapidly deployed. It utilizes true wireless mesh networking technology to overcome the traditional limitations associated with controlled and managed "mesh-like" systems, thus enabling meters to automatically respond to their dynamic wireless environment and intelligently route data without hard limits on the number of hops or meter Nodes per Gateway.

**About Eka Systems**

Eka Systems is a global manufacturer and supplier of wireless, self-managing, self-healing Smart Networks and Smart Grid™ networking solutions that provide unrestricted monitoring and control of customer water, electric and gas data; enabling utility companies to create efficient, flexible and highly scalable AMI, AMR, and Distribution Automation solutions while simultaneously enhancing overall customer satisfaction.

Eka's portfolio features EkaNet Smart Network which provides comprehensive security for a utility's entire network and its data.  EkaNet Solutions scale easily, self-configure, and self-heal without burdensome installation and cost issues while managing themselves, thereby eliminating traditional IT management costs associated with smart metering. For more information, visit www.ekasystems.com.

**About Tampa Electric Company**

Tampa Electric Company is the principal subsidiary of TECO Energy, Inc. (NYSE: TE), an energy-related holding company with regulated utility operations in Florida including both Tampa Electric and Peoples Gas System. Other subsidiaries include TECO Coal, which owns and operates coal production facilities in Kentucky and Virginia, and TECO Guatemala, which is engaged in electric power generation and distribution and energy-related businesses in Guatemala.

Smart Networks. Smart Grid.™ and EkaNet™ are trademarks of Eka Systems, Inc.

# # #